**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-1632**

CAROLYN E. O'CONNOR,

Plaintiff - Appellant,

versus

NORTHSHORE INTERNATIONAL INSURANCE SERVICES,
INC./APEX GROUP HOLDINGS, INCORPORATED; DAVID
W. IVES, Principal; RICHARD M. IVES,
Principal; WILLIAM C. YOUNG, as individually
and in his capacity as chief judge; DOUGLAS P.
WOODLOCK, as individual and in his capacity as
federal judge; MICHAEL BOUDIN, as individual
and in his capacity as federal judge; JUAN R.
TORRUELLA, as individual and in his capacity
as federal judge; KERMIT V. LIPEZ, as
individual and in his capacity as federal
judge; MARY HARRINGTON; RONAN, SEGAL AND
HARRINGTON, LLP; COMMONWEALTH OF
MASSACHUSETTS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, Chief
District Judge. (3:06-cv-00295-JRS)

Submitted:  November 21, 2006       Decided:  November 28, 2006

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

———————

Carolyn E. O'Connor, Appellant Pro Se. Debra Jean Prillaman, Assistant United States Attorney, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carolyn E. O'Connor appeals the district court's order dismissing her civil action and imposing a pre-filing injunction. We have reviewed the record and find no reversible error. Accordingly, we deny O'Connor's motion for leave to proceed in forma pauperis as well as her motions for amended appeal decision, motion for a jury trial, and for summary judgment and dismiss the appeal for the reasons stated by the district court. <u>See</u> <u>O'Connor v. Northshore</u>, No. 3:06-cv-00295-JRS (E.D. Va. May 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>